UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS EMANUEL JEREMIAH PITTS,<br><br>    Plaintiff,<br><br>   v.<br><br>WEST COUNTY DETENTION FACILITY OFFICER BATTLES,<br><br>    Defendant. | Case No. 21-03723 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a county inmate proceeding pro se, filed civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed In Forma Pauperis ("IFP"). Dkt. Nos. 1, 2. On June 9, 2021, the Clerk issued a notice of reassignment. Dkt. No. 8. On June 28, 2021, the notice of reassignment sent to Plaintiff was returned to the Court as undeliverable because Plaintiff was no longer in custody. Dkt. No. 9. To date, Plaintiff has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se

party indicating a current address.  See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff at the West County Detention Facility in Richmond was returned as undeliverable.  The Court has not received a notice from Plaintiff regarding a new address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 9/8/2021

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.21\03723Pitts_dis-LR3

2